| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | PACTS 1725982 | DATE 01/31/2020 |
|---|---|---|---|---|
| **NAME** GRANT, Brandon Steven | **OFFICER** Rebecca Mikonczyk | **JUDGE** Mark A. Goldsmith | **DOCKET #** 15-CR-20579-01 | |

| ORIGINAL SENTENCE DATE 06/01/2016 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY IV | TOTAL OFFENSE LEVEL 19 | PHOTO |
|---|---|---|---|---|
| COMMENCED 08/24/2018 | | | | |
| EXPIRATION 08/23/2020 | | | | |

| ASST. U.S. ATTORNEY Andrew J. Lievense | DEFENDANT ATTORNEY To be determined |
|---|---|

**REPORT PURPOSE**
**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**
Count 1: 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**
Custody of the Bureau of Prisons for a term of 30 months, to be followed by a 24-month term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**
None.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| [X] New Criminal Charges | [ ] Violent Conduct |
|---|---|
| [ ] Whereabouts Unknown (Absconder) | [ ] Other |

**Violation 1 of Mandatory Condition:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On or about January 25, 2020, an officer from the Chesapeake, West Virginia Sheriff's Office was on patrol when he executed a routine traffic stop. In the vehicle were two older males and one young female. GRANT, identified later, was the passenger in the vehicle. Both males were asked for identification and both stated they had none. When the officer asked the passenger's name he stated "Brandon Grant." It was determined by the officer, once he ran GRANT's name through NCIC, he was on Federal Supervision in the state of Michigan. The officer then approached GRANT, conducted a routine pat search where a large amount of cash was found in GRANT's pocket. GRANT was questioned for any weapons in his possession and the details as to why he

| PROB 12C-2 (Rev. 08/18) **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 1725982 | **DATE** 01/31/2020 |
|---|---|---|---|
| **NAME** GRANT, Brandon Steven | **OFFICER** Rebecca Mikonczyk | **JUDGE** Mark A. Goldsmith | **DOCKET #** 15-CR-20579-01 |

was on federal supervised release. At this point, GRANT started to walk away from the officer. The officer ordered GRANT to return, GRANT seemed as if he was going to comply, when he took off running on foot. The officer pursued GRANT in his vehicle, when GRANT fell into a ditch. At this point, the officer left his vehicle and pursued GRANT on foot through several neighborhoods, losing GRANT near a river. Additional units were called to locate GRANT. They searched for hours and GRANT could not be located. The Chesapeake Sherriff's Office believes GRANT has been living in the Chesapeake area for several months. GRANT has been under surveillance and is believed to be selling narcotics in the area as well. On January 29, 2020, GRANT was charged with Count 1, Obstructing an officer.

**Violation 2 of Mandatory Condition:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On January 30, 2020, an officer from the Charleston, West Virginia Police Department was on patrol when a routine traffic stop was conducted. A female driver and a male passenger were in the vehicle. The male passenger was determined to be BRANDON GRANT. GRANT initially lied to the officer giving him the false name of Gregory Damon Taylor. Upon further investigation, GRANT was found to be in possession of 10 grams of fentanyl/heroin located in 62 small bags in a McDonald's cup in the center console of the vehicle. GRANT was charged with Possession With Intent to Distribute. GRANT is in custody with the Charleston Police Department under a $50,000.00 or 10% bond.

**Violation 3 of Standard Condition:** "THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER"

On January 25, 2020, an officer with the Chesapeake (West Virginia) Sherriff's Office executed a traffic stop. It was determined the passenger in the vehicle was BRANDON GRANT. This writer spoke with the Chesapeake Sherriff's Office on January 26, 2020, at which time the writer was informed GRANT was in West Virginia. This writer sent the officer a current picture of GRANT, to which the officer confirmed this was the individual involved in the traffic stop. GRANT did not have permission from his probation officer to travel outside the judicial district in which he was sentenced.

On January 30, 2020, an officer from the Charleston (West Virginia) Police Department executed a traffic stop. It was determined the passenger in the vehicle was BRANDON GRANT. This writer spoke to the Charleston (West Virginia) Police Department at which time this writer was informed that GRANT was arrested for Possession With Intent to Distribute. GRANT did not have permission from his probation officer to travel outside the judicial district which he was sentenced.

**Violation 4 of Standard Condition:** "THE DEFENDANT SHALL WORK REGULARLY AT A LAWFUL OCCUPATION, UNLESS EXCUSED BY THE PROBATION OFFICER FOR SCHOOLING, TRAINING, OR OTHER ACCEPTABLE REASONS."

On January 27, 2020, GRANT provided this writer four pay stubs from November 3, 2019, through January 17, 2020, as verification of employment. Three of the paystubs provided were employment verification for the company of SAS Automotive USA in Sterling Heights, Michigan. A fourth pay stub was verification for

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | PACTS 1725982 | DATE 01/31/2020 |
|---|---|---|---|---|
| **NAME** GRANT, Brandon Steven | **OFFICER** Rebecca Mikonczyk | | **JUDGE** Mark A. Goldsmith | **DOCKET #** 15-CR-20579-01 |

employment for the company Strategies, LLC in Southfield, Michigan. On January 31, 2020, this writer attempted to confirm employment at both locations listed on the pay stubs provided by GRANT. A human resources representative from Strategies, LLC stated via telephone conversation with writer, GRANT never had employment with their company. This writer contacted SAS Automotive via e-mail for employment verification. A human resources representative responded to the email stating he was employed with this company from September 20, 2019, to October 21, 2019. The dates provided to writer, via pay stubs, were outside the dates he was employed with SAS Automotive. GRANT provided writer with false or doctored pay stubs, as he was not employed during the dates on each pay stub provided. GRANT was not working a lawful occupation.

**Violation 5 of Standard Condition**: "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT."

GRANT'S last know employer was SAS Automotive USA. On January 31, 2020, this writer contacted the human resource department for this employment via e-mail. Writer was informed GRANT'S last day of employment with SAS Automotive USA was on October 21, 2019, when he abandoned his employment and was not a direct hire. GRANT did not inform his officer he was no longer employed. GRANT lead his officer to believe was gainfully employed when he was not.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** Rebecca Mikonczyk/tmg 313-234-5417 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** Steven M. Ely 313 234-5583 | **PROBATION ROUTING** Data Entry |

**RECOMMENDING TO THE COURT**

[X]   To issue a warrant

**Superseding Violation Report will follow**

**THE COURT ORDERS:**

[✓]   The issuance of a Warrant

[ ]   Other

_____
United States District Judge
JAN 3 1 2020
Date